# Third District Court of Appeal

## State of Florida

Opinion filed June 30, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-887
Lower Tribunal No. F12-4353

_____

**Gilberto Alvarez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Gilberto Alvarez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed.